UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:23-CR-00043-D-BM-1

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KEVIN MCCAUSLEY | ) | |
| | ) | |

Pursuant to a motion of the United States, and upon the Court's finding of good cause, the Court hereby ORDERS that the United States of America be allowed to file a response out of time and is granted an extension of time until March 23, 2026, in which to respond to Defendant's *pro se* motion for sentence reduction [D.E. 95].

SO ORDERED, this the **23** day of March, 2026.

JAMES C. DEVER III
United States District Judge